# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                **Crim. No. 5:14-CR-125-1FL**

**HOWARD GERALD PARHAM**

On September 13, 2013, the above named was released from prison and commenced a term of supervised release for a period of 96 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing is true and correct.


/s/Michael C. Brittain                    /s/Linwood E. King
Michael C. Brittain                       Linwood E. King
Senior U.S. Probation Officer          U.S. Probation Officer
                                      310 New Bern Avenue, Room 610
                                      Raleigh, NC 27601-1441
                                      Phone: 919-861-8682
                                      Executed On: May 5, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.


Dated this ___6th___ day of ___May___, 2016.

                                    Louise W. Flanagan
                                    U.S. District Judge